# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00886-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

KIRK LEN BOYD.

    Plaintiff,

v.

MONICA ALBERS,
CORRECTIVE CARE SOLUTIONS, and
JEFFERSON COUNTY SHERIFF'S OFFICE,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff Kirk Len Boyd currently is detained at the Jefferson County Detention Facility in Golden, Colorado.  On April 19, 2016, he submitted *pro se* a Complaint (ECF No. 1) and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  (ECF No. 2).

As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the documents are deficient as described in this order.  Plaintiff is directed to cure the following if he wishes to pursue any claims in this action.  Any papers that Plaintiff files in response to this order must be labeled with the civil action number identified on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) __ is not submitted
(2) __ is missing affidavit

(3) __ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __ is missing certificate showing current balance in prison account
(5) __ is missing required financial information
(6) __ is missing authorization to calculate and disburse filing fee payments
(7) __ is missing an original signature by the prisoner
(8) __ is not on proper form
(9) __ names in caption do not match names in caption of complaint, petition or habeas application
(10) __ other: _____.

**Complaint, Petition, or Application**:
(11) __ is not submitted
(12) X is not on proper form (must use the court-approved Prisoner Complaint)
(13) __ is missing an original signature by the prisoner
(14) __ is missing page nos.
(15) __ uses et al. instead of listing all parties in caption
(16) __ names in caption do not match names in text
(17) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must be labeled with the civil action number identified on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Prisoner Complaint form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiency **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED April 21, 2016, at Denver, Colorado.

BY THE COURT:

3

                                        <u>s/ Gordon P. Gallagher</u>
                                        United States Magistrate Judge